UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01868-CEM-DAB

TAVIA WAGNER,

        Plaintiff,

vs.

J.C.M. PARTNERSHIP, LTD.,
and AMS PETROLEUM, LLC,
d/b/a MARATHON – FOOD MART,

        Defendants.

_____/

### DEFENDANT AMS PETROLEUM, LLC's NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

**X** IS NOT         related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Respectfully submitted,

TODD W. SHULBY, P.A.
Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Defendant
AMS Petroleum, LLC,
d/b/a Marathon – Food Mart

By:    /s/Todd W. Shulby, Esq.
       Florida Bar No.: 068365

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>November 25, 2022</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Joe M. Quick, Esq.

I HEREBY CERTIFY that on <u>November 25, 2022</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants:

J.C.M. Partnership, Ltd.
c/o Melissa C. Miller, Reg. Agent
1039 US 17 – Miller Farms
Bostwick, FL 32007

By:　<u>/s/Todd W. Shulby, Esq.</u>
　　　For Todd W. Shulby, P.A.

3